UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:21-cv-543-RGJ
[*Electronically Filed*]

LUANN SUMMERS,                                              PLAINTIFF,

v.

RELIANCE STANDARD LIFE INSURANCE
COMPANY,                                                           DEFENDANT.

## NOTICE OF REMOVAL

Defendant Reliance Standard Life Insurance Company timely files this Notice of Removal pursuant to 28 U.S.C. §1446(b), 28 U.S.C. §1331, 29 U.S.C. §1132(e), and 28 U.S.C. §1441(a), removing the above-captioned action from the Nelson Circuit Court to the United States District Court for the Western District of Kentucky, and in support of this Notice, Reliance Standard avers as follows:

1. Plaintiff Luann Summers commenced the above captioned action in the Nelson Circuit Court, Kentucky styled as *Luann Summers v. Reliance Standard Life Insurance Company*, Civil Action No. 21-CI-00271. A true and correct copy of the Complaint is attached hereto as **Exhibit 1**.

2. Plaintiff alleges in Paragraph 32 of the Complaint that this action is "brought under ERISA pursuant to 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denials of benefits under the applicable plan(s) and to recover benefits under the terms of the plan(s)."

3. A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan is removable to federal court pursuant to 28 U.S.C. §1441(c), as an action arising under federal law. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

4. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, 29 U.S.C. 1132(e), and 28 U.S.C. § 1441(c).

5. Reliance Standard received a copy of the Complaint through counsel on August 5, 2021. Therefore, this removal is timely under 28 U.S.C. §1446(a)–(b).

6. Reliance Standard has attached a copy of all electronically filed pleadings and papers in the state court record to this Notice of Removal. *See* 28 U.S.C. §1446(a).

7. Reliance Standard is the only defendant in this action. *See* 28 U.S.C. §1446(b).

8. All fees required by law in connection with this Notice have been paid by Reliance Standard.

9. Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Nelson Circuit Court and served upon counsel for Plaintiff pursuant to 28 U.S.C. §1446(d).

10. Reliance Standard has complied with all requirements for removal.

**WHEREFORE**, Reliance Standard Life Insurance Company removes the above captioned matter now pending in the Nelson Circuit Court to the United States District Court for the Western District of Kentucky.

**DATED: August 24, 2021.**

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 (fax)
edward.o'brien@wilsonelser.com
*Counsel for Defendant Reliance Standard Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

ELIZABETH A. THORNSBURY
M. AUSTIN MEHR
**Mehr, Fairbanks & Peterson
Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
*Counsel for Defendant Reliance Standard Life Insurance Company*