UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:21-cv-00543-RGJ-LLK
[*Electronically Filed*]

LUANN SUMMERS,                                                                           PLAINTIFF,

v.

RELIANCE STANDARD LIFE INSURANCE
COMPANY,                                                                                DEFENDANT.

## NOTICE OF SETTLEMENT

Plaintiff Luann Summers and Defendant Reliance Standard Life Insurance Company hereby notify the Court that the parties have reached an agreement resolving all claims in this action. The parties expect to finalize their settlement within the next thirty (30) days and will tender an Agreed Order of Dismissal on or before the expiration of that time.

**DATED: November 11, 2021.**

                                       Respectfully submitted,

                                       **Mehr, Fairbanks & Peterson**
                                       **Trial Lawyers, PLLC**

                                       /s/ Elizabeth A. Thornsbury (by EMO w/p)
                                       ELIZABETH A. THORNSBURY
                                       M. AUSTIN MEHR
                                       201 West Short Street, Suite 800
                                       Lexington, Kentucky 40507
                                       *Counsel for Plaintiff*

                                       **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                       */s/ Edward M. O'Brien*
                                       Edward M. O'Brien
                                       100 Mallard Creek Road, Suite 250
                                       Louisville, KY 40207
                                       502.238.8500
                                       502.238.7995 (fax)
                                       edward.o'brien@wilsonelser.com

*Counsel for Defendant Reliance Standard Life Insurance Company*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 11, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

>ELIZABETH A. THORNSBURY
M. AUSTIN MEHR
**Mehr, Fairbanks & Peterson**
**Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*/s/ Edward M. O'Brien*
*Counsel for Defendant Reliance Standard Life Insurance Company*

262436396v.1