UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| LUANN SUMMERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RELIANCE STANDARD LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 3:21-CV-543-RGJ |

## AGREED ORDER OF DISMISSAL

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Plaintiff Luann Summers and Defendant Reliance Standard Life Insurance Company (collectively "the Parties"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own attorney's fees and costs.

**HAVE SEEN AND AGREED TO:**

| | |
|---|---|
| */s/ Elizabeth A. Thornsbury*<br>ELIZABETH A. THORNSBURY<br>Email: elizabeth@austinmehr.com<br>**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**<br>201 West Short Street, Suite 800<br>Lexington, Kentucky 40507<br>*Counsel for Plaintiff* | */s/ Edward M. O'Brien (with permission)*<br>Edward M. O'Brien<br>Email: edward.obrien@wilsonelser.com<br>**Wilson Elser Moskowitz Edelman & Dicker LLP**<br>100 Mallard Creek Road, Suite 250<br>Louisville, KY 40207<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,pgf@austinmehr.com, shall@austinmehr.com
- **Edward M. O'Brien**
  edward.o'brien@wilsonelser.com,nancy.quintana@wilsonelser.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,shall@austinmehr.com, assistant@austinmehr.com

**Manual Notice List**

- No manual recipients

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY